UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-CV-61627-RS

MIRIAM MANZANARES,

    Plaintiff,

v.

AMF BOWLING CENTERS, INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, **MIRIAM MANZANARES,** ("Plaintiff") and Defendant, **AMF BOWLING CENTERS, INC.,** ("Defendant") (collectively, "Parties") by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby submit this Joint Stipulation of Dismissal with Prejudice in the above captioned action. Accordingly, each party shall bear its own attorneys' fees and costs.

Dated this 6th day of May 2024.

*(This space left intentionally blank)*

| | |
|---|---|
| */s/ Noah E. Storch*<br>Noah E. Storch, Esq.<br>Florida Bar No. 0085476<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. State Road 84, Suite 103<br>Davie, FL  33324<br>Tel. (866) 344-9243<br>Fax (954) 337-2771<br>noah@floridaovertimelawyer.com<br><br>*Counsel for Plaintiff* | */s/ Paul F. Penichet*<br>Paul F. Penichet, Esq.<br>Florida Bar No. 0899380<br>Email: paul.penichet@jacksonlewis.com<br>Brandon U. Campbell, Esq.<br>Florida Bar No. 0112853<br>E-mail: brandon.campbell@jacksonlewis.com<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br><br>*Counsel for Defendant* |